IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY WORSTER, | ) | CASE NO. 8:06CV354 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss with prejudice (Filing No. 33). The stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation and Motion to Dismiss (Filing No. 33) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. Unless otherwise agreed by and between them in writing, the parties shall pay their own costs and attorney's fees.

Dated this 1st day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge